**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**

| | |
|---|---|
| In re:<br><br>SAMSUNG CUSTOMER DATA<br>SECURITY BREACH LITIGATION | MDL Docket No. 3055 |

## PROOF OF SERVICE

Pursuant to Judicial Panel of Multidistrict Litigation Rule 4.1(a), I, Linda P. Nussbaum, hereby certify that on October 19, 2022, I caused a copy of the Notice of Appearance of Linda P. Nussbaum to be filed electronically with the Clerk's Office using the Court's CM/ECF electronic filing system and posted as ECF No. 13, which was simultaneously served upon all counsel with registration/possession of an CM/ECF account and deemed to be acceptance of electronic service.

/s/ *Linda P. Nussbaum* .
Linda P. Nussbaum
**NUSSBAUM LAW GROUP, P.C.**
1211 Avenue of the Americas, 40th Floor
New York, NY 10036-8718
Tel: (917) 438-9189
Email: lnussbaum@nussbaumpc.com

*Counsel for Plaintiff Angela Robinson*