# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:<br><br>SAMSUNG ELECTRONICS AMERICA, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 3055 |

## PROOF OF SERVICE

In compliance with Rule 4.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the New Jersey Movants' Response to the Motion for Transfer and for Coordinated or Consolidated Pretrial Proceedings were served by Email on October 25, 2022 to the following:

*DiPaola, et al. v. Samsung Electronics America, Inc.*, D.N.J., 2:22-cv-05724

| | |
|---|---|
| James E. Cecchi<br>CARELLA, BYRNE, CECCHI,<br>BRODY & AGNELLO, P.C.<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>Telephone: (973) 994-1700<br>Facsimile: (973) 994-1744<br>jcecchi@carellabyrne.com<br><br>*Counsel for Anthony DiPaola, Keanna Cole, Peggy Rodriguez, Indea Sanchez, Angelina Alvarado Scott, and Amanda Malota* | Neil K. Gilman<br>HUNTON ANDREWS KURTH LLP<br>2200 Pennsylvania Avenue NW<br>Washington, DC 20037<br>T: (202) 955-1500<br>F: (202) 778-2201<br>Email: ngilman@HuntonAK.com<br><br>*Counsel for Samsung Electronics America, Inc.* |

*Robinson v. Samsung Electronics America, Inc.*, D.N.J., 2:22-cv-05722

| | |
|---|---|
| Linda P. Nussbaum<br>NUSSBAUM LAW GROUP, P.C.<br>1211 Avenue of the Americas, 40th Floor<br>New York, NY 10036-8718<br>Tel: (917) 438-9189<br>Email: lnussbaum@nussbaumpc.com<br><br>*Counsel for Angela Robinson* | Neil K. Gilman<br>HUNTON ANDREWS KURTH LLP<br>2200 Pennsylvania Avenue NW<br>Washington, DC 20037<br>T: (202) 955-1500<br>F: (202) 778-2201<br>Email: ngilman@HuntonAK.com<br><br>*Counsel for Samsung Electronics America, Inc.* |

1

***Becker v. Samsung Electronics America, Inc.*, D.N.J., 2:22-cv-05723**

| | |
|---|---|
| Christopher L. Ayers<br>SEEGER WEISS LLP<br>55 Challenger Road 6th Floor<br>Ridgefield Park, NJ 07660<br>Tel.: (973) 639-9100<br>cayers@seegerweiss.com<br><br>*Counsel for Andrew Becker* | Neil K. Gilman<br>HUNTON ANDREWS KURTH LLP<br>2200 Pennsylvania Avenue NW<br>Washington, DC 20037<br>T: (202) 955-1500<br>F: (202) 778-2201<br>Email: ngilman@HuntonAK.com<br><br>*Counsel for Samsung Electronics America, Inc.* |

***Fernandez v. Samsung Electronics America, Inc.*, D.N.J., 2:22-cv-05745**

| | |
|---|---|
| Mary L. Russell<br>FINE, KAPLAN AND BLACK, R.P.C.<br>One South Broad Street, 23rd Floor<br>Philadelphia, PA 19107<br>Tel: (215) 567-6565<br>mrussell@finekaplan.com<br><br>*Counsel for Jorge Fernandez* | Neil K. Gilman<br>HUNTON ANDREWS KURTH LLP<br>2200 Pennsylvania Avenue NW<br>Washington, DC 20037<br>T: (202) 955-1500<br>F: (202) 778-2201<br>Email: ngilman@HuntonAK.com<br><br>*Counsel for Samsung Electronics America, Inc.* |

/*s/ James E. Cecchi*
James E. Cecchi