BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: | : |
| | : |
| SAMSUNG CUSTOMER DATA | : |
| SECURITY BREACH LITIGATION | :   MDL Docket No. 3055 |
| | : |
| | : |

**INTERESTED PARTY RESPONSE OF PLAINTIFF WENZEL TO PLAINTIFFS SEIRAFI AND HOLTZCLAW'S MOTION FOR TRANSFER OF ACTIONS TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND FOR CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407**

Steven Wenzel who is the plaintiff in the action styled *Steven Wenzel, on behalf of himself and on behalf of all others similarly situated v. Samsung Electronics America, Inc.*, Case No. 8:22-cv-02323-KKM-AAS (M.D. Fla.) (filed Sept. 4, 2022 in Circuit Court of Hillsborough County, case number 22-CA-007502, removed on October 11, 2022), respectfully submits this response to the pending motion submitted pursuant to 28 U.S.C. § 1407 requesting transfer and centralization of all actions that seek economic and equitable remedies due to the recent data breach experienced by Samsung and support centralization in the U.S. District Court for the Northern District of California ("Northern District" or "California"). Plaintiffs Naeem Seirafi and Shelby Holtzclaw have moved this Panel to be consolidated in the U.S. District Court for the Northern District of California. (Dkt. # 1-1). Plaintiffs Bennett and Gelizon write in support of this motion and support the consolidation before the United States Judicial Panel on Multidistrict

Litigation (the "Panel" or "JPML") and centralization in the Northern District of California.

Plaintiff Wenzel supports venue for the multidistrict litigation to proceed in the United States District Court for the Northern District of California where Defendant's operations are based and where, other than the instant cases, the earliest lawsuit was filed. There, one action is already pending and assigned to the Honorable Judge Jacqueline Scott Corley for disposition. While a group of Plaintiff's have moved to consolidate these matters in the U.S. District Court for New Jersey, the Plaintiff Wenzel respectfully submits that the Northern District of California would be the best, most efficient and most streamlined forum for these Actions.

Dated this 2nd day of November, 2022.

Respectfully submitted,

*/s/ Brandon J. Hill*
**BRANDON J. HILL**
Florida Bar Number: 0037061
**LUIS A. CABASSA**
Florida Bar Number: 0053643
**AMANDA E. HEYSTEK**
Florida Bar Number: 0285020
**Wenzel Fenton Cabassa, P.A.**
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Main Number: 813-224-0431
Direct Dial: (813) 379-2565
Facsimile: 813-229-8712
Email: bhill@wfclaw.com
Email: lcabassa@wfclaw.com
Email: gnichols@wfclaw.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 2nd day of November, 2022, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to:

John Delionado, Esq.
Hunton Andrews Kurth, LLP
333 SE 2nd Avenue, Suite 2400
Miami, FL 33131
Email: jdelionado@hunton.com

*/s/ Brandon J. Hill*
BRANDON J. HILL