BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| In re | : | |
| | : | |
| | : | |
| SAMSUNG CUSTOMER DATA | : | |
| SECURITY BREACH LITIGATION | : | MDL Docket No. 3055 |
| | : | |
| _____ | : | |

**INTERESTED PARTY RESPONSE OF PLAINTIFF KELECHIAN TO PLAINTIFFS SEIRAFI AND HOLTZCLAW'S MOTION FOR TRANSFER OF ACTIONS TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND FOR CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407**

Raffi Kelechian who is the plaintiff in the action styled *Raffi Kelechian, on behalf of himself and on behalf of all others similarly situated v. Samsung Electronics America, Inc.*, Case No. 2:22-cv-08056 (C.D. Ca.) (filed Sept. 16, 2022 in Superior Court of Los Angeles County, case number 22STCV30284, removed on November 3, 2022), respectfully submits this response to the pending motion submitted pursuant to 28 U.S.C. § 1407 requesting transfer and centralization of all actions that seek economic and equitable remedies due to the recent data breach experienced by Samsung and support centralization in the U.S. District Court for the Northern District of California ("Northern District" or "California"). Plaintiffs Naeem Seirafi and Shelby Holtzclaw have moved this Panel to be consolidated in the U.S. District Court for the Northern District of California. (Dkt. # 1-1). Plaintiff Kelechian writes in support of this motion and support the consolidation before the United States Judicial Panel on Multidistrict Litigation (the "Panel" or "JPML") and centralization in the Northern District of California.

Plaintiff Kelechian supports venue for the multidistrict litigation to proceed in the United States District Court for the Northern District of California where Defendant's operations are based. There, one action filed very early is already pending and assigned to the Honorable Judge Jacqueline Scott Corley for disposition. While a group of Plaintiffs have moved to consolidate these matters in the U.S. District Court for New Jersey, the Plaintiff Kelechian respectfully submits that the Northern District of California would be the best, most efficient and most streamlined forum for these Actions.

Dated this 15th day of November, 2022.

Respectfully submitted,

*/s/ Daniel Srourian*_____
**DANIEL SROURIAN**
California Bar Number: 285678
**Srourian Law Firm, P.C.**
3435 Wilshire Blvd., Suite 1710
Los Angeles, CA 90010
Main Number: 213-474-3800
Facsimile: 213-471-4160
Email: daniel@slfla.com
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 15th day of November, 2022, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to:

Jason Kim, Esq.
Hunton Andrews Kurth, LLP
550 South Hope Street, Suite 2000
Los Angeles, CA 90071
Email: kimj@hunton.com

*/s/ Daniel Srourian*
DANIEL SROURIAN