BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE:** SAMSUNG CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 3055 |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation ("JPML"), Defendant Samsung Electronics America, Inc. ("Samsung") hereby notifies the Clerk of the JPML of the potential tag-along action listed on the attached Schedule of Potential Tag-Along Action.

Samsung respectfully submits that the potential tag-along action involves common questions of law and fact with the actions currently under consideration for transfer pursuant to 28 U.S.C. § 1407, and therefore, should be considered as a related action for purposes of this pending multidistrict litigation.

Copies of the docket sheet and Complaint for the potential tag-along action are attached.

Dated:  November 29, 2022

HUNTON ANDREWS KURTH LLP

By:     */s/ Neil K. Gilman*
Neil K. Gilman
2200 Pennsylvania Avenue NW
Washington, DC 20037
T: (202) 955-1500
F: (202) 778-2201
Email: ngilman@HuntonAK.com

*Attorney for Defendant Samsung Electronics America, Inc.*