**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| IN RE: SAMSUNG CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 3055 |
|---|---|

**SCHEDULE OF POTENTIAL TAG-ALONG ACTION**

| No. | Plaintiff | Defendant | District (Division) | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Kenneth Hasson | Samsung Electronics America, Inc. | W.D. Pa. (Pittsburgh) | 2:22-cv-01669 | Judge W. Scott Hardy |

Dated:  November 29, 2022

HUNTON ANDREWS KURTH LLP

By:  */s/ Neil K. Gilman*
Neil K. Gilman
2200 Pennsylvania Avenue NW
Washington, DC 20037
T: (202) 955-1500
F: (202) 778-2201
Email: ngilman@HuntonAK.com

*Attorney for Defendant Samsung Electronics America, Inc.*