BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE:** SAMSUNG CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 3055 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on **November 29, 2022**, I caused a true and correct copy of the foregoing to be served on all interested parties via the JPML CM/ECF System, which will provide electronic notification to all counsel of record registered as CM/ECF users.

In addition, and in compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the aforesaid document were served on **November 29, 2022**, by electronic mail and First-Class United States Mail to the following:

| Via Electronic Mail and U.S. Mail ||
|---|---|
| Counsel for Plaintiff<br><br>*Hasson v. Samsung Electronics America, Inc.,* Case No. 2:22-cv-01669 (W.D. Pa.) | LYNCH CARPENTER LLP<br>Gary F. Lynch<br>Jamisen A. Etzel<br>Nicholas A. Colella<br>Patrick D. Donathen<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>Tel: (412) 322-9243<br>Fax: (412) 231-0246<br>gary@lcllp.com<br>jamisen@lcllp.com<br>nickc@lcllp.com<br>patrick@lcllp.com |

|  | (Eddie) Jae K. Kim<br>117 East Colorado Blvd., Suite 600<br>Pasadena, CA 91105<br>Tel: (626) 550-1250<br>ekim@lcllp.com |
|---|---|
| **Via U.S. Mail** ||
| Clerk of the Court<br>United States District Court<br>Western District of Pennsylvania<br>Joseph J. Weis, Jr. United States Courthouse<br>700 Grant Street<br>Pittsburgh, PA 15219 |  |

Dated:  November 29, 2022          HUNTON ANDREWS KURTH LLP

                                   By:     */s/ Neil K. Gilman*
                                        Neil K. Gilman
                                        2200 Pennsylvania Avenue NW
                                        Washington, DC 20037
                                        T: (202) 955-1500
                                        F: (202) 778-2201
                                        Email: ngilman@HuntonAK.com

                                        *Attorney for Defendant Samsung
                                        Electronics America, Inc.*

2